# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER WILLIAM CAMPBELL and ABBEY LEE CAMPBELL, | No. 4:19-CV-00765 |
| | (Judge Brann) |
| Appellants/Debtors, | |
| v. | |
| MARK J. CONWAY, *et al.*, | |
| Appellees. | |

## ORDER

### JANUARY 23, 2020

In accordance with the accompanying Memorandum Opinion of this same date, **IT IS HEREBY ORDERED** that:

1. The April 23, 2019 Order of the United States Bankruptcy Court for the Middle District of Pennsylvania is **AFFIRMED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge